UNITED STATES BANKRUPTCY COURT
Western District of Oklahoma
Case No.: 05–22974
Chapter: 7

**FILED**
Jun. 9, 2006
Grant E. Price, Clerk
U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)* :

Timothy Ross Moore
6500 NW 109th Street
Oklahoma City, OK 73162–4728

Wendy Marie Moore
6500 NW 109th Street
Oklahoma City, OK 73162–4728

Social Security No.:
xxx–xx–6487

xxx–xx–7127

Employer's Tax I.D. No.:

### NOTICE TO FILE PROOF OF CLAIM

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not neccessary to file a proof of claim. Since that notice was sent, assets have been recovered by the Trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court on or before:

For Creditors Other Than Governmental Units: **September 7, 2006**
For Governmental Units:

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the estate. Proof of claim forms are available on this Court's website and also provided on the reverse of this notice.

The proof of claim may be filed by regular mail. If filed by mail, the Court requires an original with supporting documentation. If you wish to receive proof that the Bankruptcy Court received your claim, enclose a stamped, self–addressed envelope and a second photocopy of the proof of claim.

No fee is assessed for filing the proof of claim. Please see the Courts website (www.okwb.uscourts.gov) for instructions for filing a proof of claim.

**ANY CREDITOR WHO HAS ALREADY FILED A PROOF OF CLAIM NEED NOT FILE ANOTHER PROOF OF CLAIM.**

Dated: 6/9/06

**Grant E. Price, Clerk**
**U.S. Bankruptcy Court**

**This Court is an Electronic Filing Court. The mailing address is listed below if you must file paper by mail.**
**United States Bankruptcy Court**
**Western District of Oklahoma**
**215 Dean A. McGee Ave.**
**Oklahoma City, OK 73102**