FILED
Jan 31 2007
11:10 AM
US Bankruptcy Court
Western District Of Oklahoma

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

MOORE, TIMOTHY ROSS
MOORE, WENDY MARIE

Case No. 05-22974-BH
(Chapter 7)

Debtor(s)

### NOTICE OF FILING OF FINAL REPORT BY TRUSTEE,
### INTENDED DISTRIBUTION OF ESTATE FUNDS, AND
### NOTICE OF DEADLINE FOR FILING OBJECTIONS

The trustee of the above-captioned estate gives notice of the filing of the final report and intended distribution and abandonment of estate assets. A copy of the final report, may be reviewed in the office of the Clerk of the Bankruptcy Court in Oklahoma City. Although the United States Trustee has reviewed the final report and proposed distribution of the case trustee, the primary responsibility remains with interested parties to make their own independent review. Any objection must identify the party objecting, provide objecting party's current address, and state the factual basis supporting the objection.

Notice is hereby given that unless a written objection to the intended distribution or abandonment is filed by a party in interest with the United States Bankruptcy Court for the Western District Of Oklahoma at CLERK OF THE COURT, on or before 23 days from the service of this notice as set forth in the certificate of service below, distribution will proceed without further notice or hearing.

The report of the trustee filed with the clerk of the court and reviewed by the Office of the United States Trustee shows receipts of $2,358.24 and prior disbursements of $1.50 by order of the court. The balance on hand is $2,356.74. Court costs of $0.00 will be paid to the Clerk of the Bankruptcy Court for the costs incurred in connection with the case; quarterly disbursement fees of $0.00 will be paid to the Office of the United States Trustee pursuant to 28 U.S.C. §1930(a)(b).

| Applicant | Fees | Expenses |
|---|---|---|
| ROBERT A. BROWN | $589.56 | $17.97 |

The foregoing fees and expenses have priority over the payment of dividend pursuant to 11 U.S.C. §507(a)(1). Priority claims of $0.00 must be paid in advance of any dividends to the general unsecured creditors under 11 U.S.C. §507(a). The allowed claims of general unsecured creditors total $9.723.65.

Any property of the estate wherever located which has not been administered heretofore, including any records of the debtor in the Trustee's possession, will be abandoned pursuant to 11 U.S.C. §554 without further notice unless ordered otherwise.

Pursuant to 11 U.S.C. §704(5), the Trustee having examined the claims, proposes to distribute the balance on hand to creditors as set out in Schedule C attached hereto.

Any claim not listed on Schedule "C", except an administrative claim or expense under 11 U.S.C. §503, will not receive any distributions or dividend. Creditors should review the listed amount of their claim and the classification thereof carefully.

Any party wishing to pursue an administrative claim, fee or expense under 11 U.S.C. §503 must do so within the objection period by filing the same with the clerk, noticing all parties of the filing of the objection and requesting a hearing.

/s/ Robert A. Brown
ROBERT A. BROWN, Trustee

CERTIFICATE OF SERVICE

I hereby certify on this 31st day of this January, 2006, that a true and correct copy of the above and foregoing instrument was mailed, postage prepaid, to all parties listed on Exhibit A attached to the original thereof.

/s/ Robert A. Brown
ROBERT A. BROWN, Trustee

## SCHEDULE C

### SUMMARY OF ALLOWED CLAIMS AND ESTIMATED DISTRIBUTION

| | |
|---|---|
| Funds on Hand | $2,356.74 |
| Administrative Expenses to be Paid | $607.53 |
| Balance Back To Debtor | $0.00 |
| Net Funds Available for Distribution to Creditors | $1,749.21 |

PRIORITY CLAIMS:

| Claim No. | Creditor Name | Allowed Claim | Estimated Dividend** |
|---|---|---|---|
| | TOTAL PRIORITY CLAIMS: | $0.00 | $0.00 |
| | DIVIDEND PERCENTAGE | 0.00% | |

UNSECURED CLAIMS:

| Claim No. | Creditor Name | Allowed Claim | Estimated Dividend** |
|---|---|---|---|
| 000004 | CITIBANK USA NA | $7,022.34 | $1,263.27 |
| 000003 | GE CONSUMER FINANCE | $1,831.00 | $329.38 |
| 000002 | RECOVERY MANAGEMENT SYSTEMS CORP | $870.31 | $156.56 |
| | TOTAL GENERAL UNSECURED CLAIMS: | $9,723.65 | $1,749.21 |
| | DIVIDEND PERCENTAGE | 17.9892% | |

SECURED CLAIMS:

| Claim No. | Creditor Name | Allowed Claim | Estimated Dividend** |
|---|---|---|---|
| | TOTAL SECURED CLAIMS: | $0.00 | $0.00 |
| | DIVIDEND PERCENTAGE | 0.00% | |

SURPLUS FUNDS TO DEBTOR:

| Claim No. | Creditor Name | Allowed Claim | Estimated Dividend** |
|---|---|---|---|
| | TOTAL SURPLUS FUNDS TO DEBTOR: | $0.00 | $0.00 |
| | DIVIDEND PERCENTAGE | 0.00% | |

\*\*NOTE:  ESTIMATED DIVIDEND IS BASED UPON APPROVAL OF ALL FEES,
EXPENSES AND COSTS AS PRESENTLY STATED ACTUAL DIVIDEND ACCOUNT
MAY VARY IN THE EVENT OF FURTHER JUDICIAL PROCEEDINGS OR HEARINGS.

Label Matrix for local noticing
1087-5
Case 05-22974
Western District of Oklahoma
Oklahoma City
Wed Oct 25 11:31:39 CDT 2006

PRIMUS Finanical Services

USBC Western District of Oklahoma
215 Dean A. McGee
Oklahoma City, OK 73102

ALLTELL
PO BOX 68055
ANAHEIM CA 92817-8055

BANK OF AMERICA
PO BOX 1597
NORFOLK VA 23501-1597

CARE CREDIT / GEMB
PO BOX 276
DAYTON OH 45401-0269

CHASE MANHATTAN BANK
PO BOX 52188
PHOENIX AZ 85072-2188

CITIBANK
RETURN MAIL
99999

CITIFINANCIAL RETAIL SERVICES
PO BOX 22060
TEMPE AZ 85285-2060

COMMUNICATION FEDERAL CREDIT UNION
4141 NW EXPRESSWAY SUITE 200
OKLAHOMA CITY OK 73116-1675

CSH FEDERAL CREDIT UNION
PO BOX 151
NORMAN OK 73070-0151

Citibank USA NA
PO Box 9025
Des Moines IA 50368

GE CONSUMER FINANCE
GE MONEY BANK
PO BOX 960061
ORLANDO FL 32896-0661

HOME DEPOT / CBUSA
PO BOX 6028
THE LAKES NV 88901-6028

HOMECOMINGS FINANCIAL
PO BOX 890036
DALLAS TX 75389-0036

PRIMUS FINANCIAL
PO BOX 680020
FRANKLIN TN 37068-0020

RECOVERY MANAGEMENT SYSTEMS CORP
GE MONEY BANK
25 SE 2ND AVE STE 1120
MIAMI FL 33131

SAMS CLUB
PO BOX 981064
EL PASO TX 79998-1064

Herbert M. Graves
US Trustee's Office
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102

Michelle Kirby Roper
One North Hudson Avenue, Suite 850
Oklahoma City, OK 73102-5013

Robert A. Brown
123 West 7th, suite 102
Stillwater, OK 74074

Timothy Ross Moore
6500 NW 109th Street
Oklahoma City, OK 73162-4728

Wendy Marie Moore
6500 NW 109th Street
Oklahoma City, OK 73162-4728

End of Label Matrix
Total addresses 22